**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     The State of Texas v. Damonte McField

Appellate case number:   01-20-00739-CR

Trial court case number: 2301111

Trial court:             County Criminal Court at Law No. 8 of Harris County

Date motion filed:       June 3, 2022

Party filing motion:     Appellee


      A majority of the en banc court has voted to deny appellee's motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature: _____/s/ Julie Countiss_____
                    Acting for the En Banc Court*

*En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Landau, J., dissenting from the denial of en banc reconsideration.

Date: ___August 23, 2022___